USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/16/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHARO GAIA FUND, LTD. and PHARO MACRO FUND, LTD.,

        Plaintiffs,

v.

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

        Defendant.

Case No. 19-cv-3123 (AT)
[Related to 18-cv-11940 (AT)]

## FINAL JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons stated in the Court's Order dated September 30, 2020, this Final Judgment is entered in favor of Pharo Gaia Fund, Ltd. and Pharo Macro Fund, Ltd. and against the Bolivarian Republic of Venezuela ("Venezuela"), as follows:

For Venezuela's breaches of the 7.75% 2019 Bonds (ISIN USP97475AN08), Pharo Gaia Fund, Ltd. is entitled to recover from Venezuela:

    a. $114,000,000 for unpaid principal;

    b. $30,824,333 for accrued and unpaid contractual interest on principal through October 9, 2020;

    c. $4,155,476 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through October 9, 2020;

    d. If this Final Judgment is entered on or before October 13, 2020, an additional $31,077 for each calendar day following October 9, 2020 until the date on which this Final Judgment is entered on the docket of the Court;

    e. If this Final Judgment is entered after October 13, 2020, an additional $32,166 for each calendar day following October 13, 2020 until the date on which this Final Judgment is entered on the docket of the Court; and

    f. Post-judgment interest as set forth in 28 U.S.C. § 1961(a).

For Venezuela's breaches of the 13.625% 2018 Bonds (ISIN USP9395PAA95) and the 7.75% 2019 Bonds (ISIN USP97475AN08), Pharo Macro Fund, Ltd. is entitled to recover from Venezuela:

a. $182,000,000 for unpaid principal;

b. $49,448,976 for accrued and unpaid contractual interest on principal through October 9, 2020;

c. $6,656,807 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through October 9, 2020;

d. If this Final Judgment is entered on or before October 13, 2020, an additional $49,924 for each calendar day following October 9, 2020 until the date on which this Final Judgment is entered on the docket of the Court;

e. If this Final Judgment is entered after October 13, 2020, an additional $51,649 for each calendar day following October 13, 2020 until the date on which this Final Judgment is entered on the docket of the Court;

f. Attorneys' fees and costs in an amount to be determined; and

g. Post-judgment interest as set forth in 28 U.S.C. § 1961(a).

SO ORDERED.

Dated:  October 16, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge

CERTIFIED AS A TRUE COPY ON
THIS DATE  3/9/2022
BY  K mango
    Clerk
    Deputy