

**BAYARD**

| | |
|---|---|
| 600 N. King Street ● Suite 400 | Writer's Direct Access: |
| P.O. Box 25130 ● Wilmington, DE 19899 | (302) 429-4220 |
| Zip Code For Deliveries 19801 | Email: sandrade@bayardlaw.com |

August 2, 2023

**VIA ELECTRONIC FILING & HAND DELIVERY**

Randall C. Lohan, Clerk
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Pharo Gaia Fund, Ltd. et al. v. The Bolivarian Republic Of Venezuela*; Registration of Judgment from Another District

Dear Mr. Lohan:

Enclosed please find the following documents issued by the Clerk of the United States District Court for the Southern District of New York: (i) Original Clerk's Certification of a Judgment to be Registered in Another District; and (ii) certified copy of the Judgment, in the above-referenced action. Please kindly register this judgment in the District of Delaware.

Thank you in advance for your attention to this matter. Please let me know if you need any further information.

Respectfully,

*/s/ Sarah T. Andrade*

Sarah T. Andrade (#6157)

Enclosures

