

600 N. King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4220  
Email: sandrade@bayardlaw.com

August 2, 2023

**VIA CM/ECF**

Randall C. Lohan, Clerk  
United States District Court  
District of Delaware  
844 N. King Street  
Wilmington, DE 19801

      Re:    *Pharo Gaia Fund, Ltd. et al. v. The Bolivarian Republic Of Venezuela*;  
              Registration of Judgment from Another District,  
              D. Del. No. 23 Misc. 360; 23 Misc. 361

Dear Mr. Lohan:

As requested, please find below a list of the related proceedings for the above captioned matters:

- *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Misc. No. 17-151-LPS;

- *Tidewater Investment SRL, et al. v. Bolivarian Republic of Venezuela*, Misc. No. 19-79-LPS;

- *OI European Group B.V. v. Bolivarian Republic of Venezuela*, Misc. No. 19- 290-LPS;

- *Phillips Petroleum Company Venezuela Limited, et al., v. Petroleos De Venezuela, S.A., et al.*, Misc. No. 190342-LPS;

- *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of The Republic of Venezuela*, Misc. No. 20-257-LPS;

- *Contrarian Capital Management, L.L.C, et al., v. Bolivarian Republic of Venezuela*, Misc. No. 21-18-LPS;

- *ACL I Investments LTD., et al., v. Bolivarian Republic of Venezuela*, Misc. No. 21-46-LPS;



**BAYARD**

August 2, 2023
Page 2

- *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, Misc. No. 21-481-LPS;

- *Red Tree Investments, LLC v. Petroleos De Venezuela, S.A., et al.*, Misc. No. 22-68-LPS;

- *Red Tree Investments, LLC. V. Petroleos De Venezuela, S.A., et al.*, Misc. No. 22-69-LPS;

- *Contrarian Capital Management, L.L.C., et al., v. Bolivarian Republic of Venezuela, S.A.*, Misc. No. 22-131-LPS;

- *Koch Minerals SARL, et al., v. Bolivarian Republic of Venezuela*, Misc. No. 22-156-LPS;

- *Contrarian Capital Management, L.L.C., et al., v. Bolivarian Republic of Venezuela*, Misc. No. 22-263-LPS;

- *ConocoPhillips Gulf of Paria B.V. v. Corporacion Venezolana Del Petroleo, S.A., et al.*, Misc. No. 22-264-LPS;

- *Siemens Energy, Inc. v. Petroleos De Venezuela, S.A.*, Misc. No. 22-347-LPS;

- *Gold Reserve Inc. v. Bolivarian Republic of Venezuela*, Misc. No. 22-453-LPS; and

- *Valores Mundiales, S.L, et al. v. Bolivarian Republic of Venezuela*, Misc. No. 23-298-LPS.

Thank you in advance for your attention to this matter. Please let me know if you need any further information.

Respectfully,

*/s/ Sarah T. Andrade*

Sarah T. Andrade (#6157)