**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHARO GAIA FUND, LTD., and PHARO MACRO FUND, LTD. | ) ) ) | |
| Plaintiffs, | ) ) | No. 23 Misc. 360 |
| v. | ) ) | |
| THE BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PHARO GAIA FUND, LTD., PHARO MACRO FUND, LTD. and PHARO TRADING FUND, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 23 Misc. 361 |
| v. | ) ) | |
| THE BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF STEPHEN B. BRAUERMAN**
**IN SUPPORT OF PHARO'S MOTION** FOR **AN ORDER**
<u>**AUTHORIZING A WRIT OF ATTACHMENT FIERI FACIAS**</u>

I, STEPHEN B. BRAUERMAN, declare as follows pursuant to 28 U.S.C. § 1746:

      1.     I am a member in good standing of the bar of the Delaware and an attorney at Bayard, P.A.  I represent Plaintiffs Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd. ("Pharo") in these matters.  I submit this Declaration in support of Pharo's Motion for an Order Authorizing a Writ of Attachment Fieri Facias.

2.      I am providing notice of Pharo's Motion for an Order Authorizing a Writ of Attachment Fieri Facias to the Bolivarian Republic of Venezuela ("Venezuela) by sending true and accurate copies of the motion and all supporting documents on August 2, 2023, via email to:

(a)      A. Thompson Bayliss, Abrams & Bayliss LLP, 20 Montchanin Road, Suite 200, Wilmington, DE 19807, bayliss@abramsbayliss.com, counsel for Venezuela in related matters, including *Contrarian Capital Management, LLC, et al. v. the Bolivarian Republic of Venezuela*, No. 21-mc-18 (LPS) (D. Del.) ("*Contrarian*");

(b)      Stephen C. Childs, Abrams & Bayliss LLP, 20 Montchanin Road, Suite 200, Wilmington, DE 19807, childs@abramsbayliss.com, counsel for Venezuela in related matters, including *Contrarian*;

(c)      Donald B. Verrilli, Jr., Munger, Tolles & Olson LLP, 1155 F Street, NW, Seventh Floor, Washington, D.C. 20004, donald.verrilli@mto.com, counsel for Venezuela in related matters, including *Contrarian*;

(d)      George M. Garvey, Munger, Tolles & Olson LLP, 350 South Grand Avenue, 50th Floor, Los Angeles, CA 90071, george.garvey@mto.com, counsel for Venezuela in related matters, including *Contrarian*; and

(e)      Adeel Mohammadi, Munger, Tolles & Olson LLP, 350 South Grand Avenue, 50th Floor, Los Angeles, CA 90071, adeel.mohammadi@mto.com, counsel for Venezuela in related matters, including *Contrarian*.

3.      I am providing notice of Pharo's Motion for an Order Authorizing a Writ of Attachment Fieri Facias to Petróleos de Venezuela, S.A. ("PDVSA") by sending true and accurate copies of the motion and all supporting documents on August 2, 2023, via email to:

(a)      Samuel Taylor Hirzel, II, Heyman Enerio Gattuso & Hirzel LLP, 300 Delaware Avenue, Suite 200, Wilmington, DE 19801, shirzel@hegh.law, counsel for PDVSA in related matters, including *Contrarian*;

(b)      Brendan McDonnell, Heyman Enerio Gattuso & Hirzel LLP, 300 Delaware Avenue, Suite 200, Wilmington, DE 19801, bmcdonnell@hegh.law, counsel for PDVSA in related matters, including *Contrarian*;

(c)      Joseph D. Pizzurro, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178, jpizzurro@curtis.com, counsel for PDVSA in related matters, including *Contrarian*;

(d)      Kevin A. Meehan, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178, kmeehan@curtis.com, counsel for PDVSA in related matters, including *Contrarian*;

(e)      Juan O. Perla, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178, jperla@curtis.com, counsel for PDVSA in related matters, including *Contrarian*;

(f)      Aubre G. Dean, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178, adean@curtis.com, counsel for PDVSA in related matters, including *Contrarian*; and

(g)      Allesandra D. Tyler, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178, atyler@curtis.com, counsel for PDVSA in related matters, including *Contrarian*.

4.      I am providing notice of Pharo's Motion for an Order Authorizing a Writ of Attachment Fieri Facias to PDV Holding, Inc. ("PDVH") by sending true and accurate copies of

the motion and all supporting documents on August 2, 2023 via FedEx and, where listed, email, to:

      (a)    PDVH's registered agent, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801;

      (b)    Kenneth J. Nachbar, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899, counsel for PDVH in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, C.A. No. 17-mc-151-LPS ("*Crystallex*");

      (c)    Alexandra M. Cumings, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899, acumings@mnat.com, counsel for PDVH in *Crystallex*;

      (d)    Nathan P. Eimer, Eimer Stahl LLP, 224 South Michigan Avenue, Suite 1100, Chicago, IL 60604, neimer@eimerstahl.com, counsel for PDVH in *Crystallex*;

      (e)    Lisa S. Meyer, Eimer Stahl LLP, 224 South Michigan Avenue, Suite 1100, Chicago, IL 60604, lmeyer@eimerstahl.com, counsel for PDVH in *Crystallex*;

      (f)    Daniel D. Birk, Eimer Stahl LLP, 224 South Michigan Avenue, Suite 1100, Chicago, IL 60604, dbirk@eimerstahl.com, counsel for PDVH in *Crystallex*;

      (g)    Gregory M. Schweizer, Eimer Stahl LLP, 224 South Michigan Avenue, Suite 1100, Chicago, IL 60604, gschweizer@eimerstahl.com, counsel for PDVH in *Crystallex*;

      (h)    Emily E. Sullivan, Eimer Stahl LLP, 224 South Michigan Ave, Suite 1100, Chicago, IL 60604, Essulivan@eimerstahl.com, counsel for PDVH in *Crystallex*;

(i)     Michael J. Gottlieb, Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, D.C. 20006, mgottlieb@willkie.com, counsel for PDVH in *Crystallex*;

(j)     David J. L. Mortlock, Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, D.C. 20006, dmortlock@willkie.com, counsel for PDVH in *Crystallex*; and

(k)     Samuel G. Hall, Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, D.C. 20006, shall@willkie.com, counsel for PDVH in *Crystallex*.

5.      I have reviewed the bonds, fiscal agency agreements, and judgments at issue in this case.  Based on that review, Venezuela owes Pharo $1,781,326,038 in unpaid balance and interest under these judgments, not including post-judgment interest and attorneys' fees and costs. Venezuela continues to miss principal and interest payments under the applicable bonds.

6.      Attached as Exhibit 1 to this Declaration is Pharo's proposed writ of attachment *fieri facias* directed to PDVH.

7.      Attached as Exhibit 2 to this Declaration is Pharo's proposed *praecipe* in support of its request that the Clerk of the Court issue the writ of attachment *fieri facias*.

8.      Attached as Exhibit 3 is a true and accurate copy of the Final Judgment entered against Venezuela and in favor of Pharo Gaia Fund, Ltd. and Pharo Macro Fund, Ltd., in the U.S. District Court for the Southern District of New York, dated October 16, 2020, in the matter of *Pharo Gaia Fund, Ltd. and Pharo Macro Fund Ltd. v. the Bolivarian Republic of Venezuela*, No. 19-cv-3123.

9.      Attached as Exhibit 4 is a true and accurate copy of the Default Judgment entered against Venezuela and in favor of Pharo, in the U.S. District Court for the Southern District of

New York, dated October 25, 2021, in the matter *Pharo Gaia Fund, Ltd., Pharo Macro Fund Ltd., and Pharo Trading Fund, Ltd. v. The Bolivarian Republic of Venezuela*, No. 20-cv-8497.

10.     Attached as Exhibit 5 is a true and accurate copy of an expert report from Prof. Manuel Gomez submitted in *Contrarian*, D.I. 50.

11.     Since the judgments attached as Exhibits 3 and 4 were entered, as far as I am aware, Venezuela has not made any effort to pay the amounts owed under the judgments.   No representative of Venezuela has expressed any intention to pay the judgments to either myself or my clients.

12.     Attached as Exhibit 6 to this Declaration is a true and accurate copy of a Gestión article titled "*Maduro "decretal" reestructuración de deuda de Venezuela tras pago de bono PDVSA 2017*" dated November 2, 2019, available at https://gestion.pe/economia/maduro-decreta-reestructuracion-deuda-venezuela-pago-bono-pdvsa-2017-149157-noticia/, along with a certified English translation, as I understand was filed as Exhibit 6 to the Declaration of Mark W. Kelley dated July 21, 2023, submitted in *Contrarian*, D.I. 49 ("Kelley Declaration").

13.     Attached as Exhibit 7 is a true and accurate copy of the Statute Governing the Transition Towards Democracy to Reestablish the Validity of the Constitution of the Bolivarian Republic of Venezuela adopted by the National Assembly of Venezuela, published in the Venezuelan Legislative Gazette No. 1 dated February 6, 2019, along with a certified English translation, as I understand was filed as Exhibit 6 to the Declaration of Miguel Lopez Forastier dated June 29, 2023, submitted in *Valores Mundiales, S.L. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 23 Misc. 298 (LPS) (D. Del.), D.I. 9-2 (the "Forastier Declaration").

14.     Attached as Exhibit 8 is a true and accurate copy of Intervenor Petróleos de Venezuela, S.A.'s Responses and Objections to Plaintiffs' First Set of Interrogatories dated June 29, 2023, as I understand was filed as Exhibit 8 to the Kelley Declaration.

15.     Attached as Exhibit 9 is a true and accurate copy of Intervenor Petróleos de Venezuela, S.A.'s First Amended Responses and Objections to Plaintiffs' First Set of Interrogatories dated July 14, 2023, as I understand was filed as Exhibit 9 to the Kelley Declaration.

16.     Attached as Exhibit 10 is a true and accurate copy of the Law Reforming the Statute Governing the Transition to Democracy to Reestablish the Effectiveness of the Constitution of the Bolivarian Republic of Venezuela, adopted by the National Assembly of Venezuela, published in the Venezuelan Legislative Gazette No. 66 and dated January 3, 2023, along with a certified English translation, as I understand was filed as Exhibit 37 to the Forastier Declaration.

17.     Attached as Exhibit 11 is a true and accurate copy of a press statement by the U.S. Department of State titled "Venezuela's Interim Government and the 2015 National Assembly" dated January 3, 2023, available at https://www.state.gov/venezuelas-interim-government-and-the-2015-national-assembly/.

18.     Attached as Exhibit 12 is a true and accurate copy of Intervenor Petróleos de Venezuela, S.A.'s Responses and Objections to Plaintiffs' First Set of Requests for Admission, dated June 29, 2023, as I understand was filed as Exhibit 12 to the Kelley Declaration.

19.     Attached as Exhibit 13 is a true and accurate copy of Intervenor Petróleos de Venezuela, S.A.'s First Amended Responses and Objections to Plaintiffs' First Set of Requests for Admission, dated July 14, 2023, as I understand was filed as Exhibit 13 to the Kelley Declaration.

20.     Attached as Exhibit 14 is a true and accurate copy of Articles 12, 302, and 303 of the Venezuelan Constitution, published in the special issue of the Venezuelan Official Gazette No. 5908 dated February 19, 2009, along with a certified English translation, as was attached as Exhibit 6 to the Declaration of Charlene C. Sun, dated February 9, 2022, submitted in *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, No. 21 Misc. 481 (D. Del.), D.I. 3-1.

21.     Attached as Exhibit 15 is a true and accurate copy of Articles 150 and 187.9 of the Venezuelan Constitution, published in the special issue of the Venezuelan Official Gazette No. 5908 dated February 19, 2009, along with a certified English translation, as I understand was filed as Exhibit 15 to the Kelley Declaration.

22.     Attached as Exhibit 16 is a true and accurate copy of PDVSA's Memorandum of Law in Support of Motion for Summary Judgment, submitted in *Petroleos De Venezuela S.A. et al v. MUFG Union Bank, N.A. et al*, No. 19 Civ. 10023 (S.D.N.Y.), D.I. 117, as was attached as Exhibit 22 to the Forastier Declaration.

23.     Attached as Exhibit 17 is an excerpt of a true and accurate copy of the transcript of the April 30, 2021 hearing in *OI Eur. Grp. B.V. v. Bolivarian Republic of Venezuela*, No. 19 Misc. 290 (D. Del), D.I. 47.

24.     Attached as Exhibit 18 is a true and accurate copy of a National Assembly press release titled "National Assembly Clarifies CITGO Petroleum Situation" dated May 5, 2023, along with a certified English translation, as I understand was filed as Exhibit 72 to the Forastier Declaration.

25.     Attached as Exhibit 19 is a true and accurate copy of "Presentación de resultados 2019 – 2020, Junta Administradora Ad Hoc de PDVSA," available at https://link.edgepilot.com/s/a25f3bb9/HhhG6zWll0qp_ytLIAIqLw?u=https://pdvsaadhoc.com/Pr

esentacion_2020_PDVSA_ad_hoc.pdf/, as attached as Exhibit 2 to the Third Declaration of Alexander A. Yanos in Support of Plaintiff's Amended Motion for a Writ of Attachment Fieri Facias dated April 16, 2021, submitted in *Northrop Grumman Ship Sys., Inc., v. Ministry of Def. of the Republic of Venezuela*, No. 20 Misc. 257 (D. Del.), D.I. 38-2 ("Third Yanos Declaration").

26.     Attached as Exhibit 20 is a true and accurate copy of "Louis Pacheco: 'Si No Hubiésemos Demandado Los Bonistas Habrían Hecho Una Fiesta Y Tomado Citgo," Embajada de la Republica Bolivariana de Venezuela (Nov. 17, 2020), https://us.embajadavenezuela. org/noticias/luis-pacheco-si-no-hubiesemos-demandado-losbonistas-habrian-hecho-una-fiesta-y-tomado-citgo/, as I understand was filed as Exhibit 4 to the Third Yanos Declaration.

27.     Attached as Exhibit 21 is a true and accurate copy of a National Assembly press release titled "The legitimate National Assembly received the management report issued by the PDVSA ad hoc Board of Directors" dated February 24, 2023, along with a certified English translation, as I understand was filed as Exhibit 71 to the Forastier Declaration.

28.     Attached as Exhibit 22 is a true and accurate copy of a National Assembly press release titled "National Assembly blames Maduro regime for gas shortages" dated June 13, 2023, along with a certified English translation, as I understand was filed as Exhibit 64 to the Forastier Declaration.

29.     Attached as Exhibit 23 is a true and accurate copy of a National Assembly press release titled "Ángel Caridad: Gas shortages not justified given Venezuela's great refining facilities" dated June 13, 2023, along with a certified English translation, as I understand was filed as Exhibit 65 to the Forastier Declaration.

30.     Attached as Exhibit 24 is a true and accurate copy of a National Assembly press release titled "Ad Hoc Board of the Spending Administrative Council presented a management

report before the legitimate AN" dated February 17, 2023, available at https://www.asambleanacionalvenezuela.org/noticias/directiva-ad-hoc-del-consejo-de-administra cion-del-gasto-presento-informe-de-gestion-ante-la-legitima-an/, along with a certified English translation, as I understand was filed as Exhibit 24 to the Kelley Declaration.

31.     Attached as Exhibit 25 is a true and accurate copy of a National Assembly press release titled "The National Assembly will begin to receive accounts from the interim government bodies" dated February 8, 2023, available at https://www.asambleanacionalvenezuela.org /noticias/asamblea-nacional-comenzara-a-recibir-cuentas-de-los-entes-del-gobierno-interino/, along with a certified English translation.

32.     Attached as Exhibit 26 is a true and accurate copy of a Reuters article titled "*Venezuela opposition names committee to manage foreign assets*" dated January 19, 2023, available at https://www.xm.com/research/markets/allNews/reuters/venezuela-opposition-names-committee-to-manage-foreign-assets-52594994/.

33.     Attached as Exhibit 27 is a true and accurate copy of a Reuters article titled "*Eleven Venezuela diplomats in U.S. defect since last month - opposition*" dated February 21, 2019, available at https://www.reuters.com/article/uk-venezuela-politics-usa-idUKKCN1QA2I5/.

34.     Attached as Exhibit 28 is a true and accurate copy of a Latin America Reports article titled "*Guaidó appointees take over diplomatic offices in ambassador power play*" dated March 21, 2019, available at https://latinamericareports.com/guaido-appointees-take-over-diplomatic-offices-in-ambassador-power-play/1462/.

35.     Attached as Exhibit 29 is a true and accurate copy of the June 1, 2021 presidential dispatch appointing Jorge Ivan Lara Sanchez as a Member of PDVSA ad hoc Board of Directors, attached to the Twitter post from the "Gaceta Legislativa Oficial" Twitter account, handle

@ANGacetaVe, dated July 8, 2021, available at https://twitter.com/ANGacetaVe/status/1412999512176615432/.

36.    Attached as Exhibit 30 is a true and accurate copy of "Notice 2," Junta Administradora Ad Hoc de PDVSA (May 9, 2021), available at http://pdvsaadhoc.com/notice2/, as attached as Exhibit 146 to the Fourth Declaration of Alexander A. Yanos in Support of Plaintiff's Amended Motion for a Writ of Attachment Fieri Facias dated April 29, 2021, submitted in *Northrop Grumman Ship Sys., Inc., v. Ministry of Def. of the Republic of Venezuela*, No. 20 Misc. 257 (D. Del.), D.I. 45-21.

37.    Attached as Exhibit 31 is a true and accurate copy of a Reuters article titled "*Venezuela's opposition to propose using oil exports proceeds to pay creditors*" dated July 7, 2023, available at https://www.reuters.com/markets/commodities/venezuelas-opposition-propose-using-oil-exports-proceeds-pay-creditors-2023-07-07/.

38.    Attached as Exhibit 32 is a true and accurate copy of a Lapatilla article titled "*Horacio Medina advises against the auctioning of Citgo and proposes a negotiated outcome to creditors*" dated June 29, 2023, available at https://www.lapatilla.com/2023/06/29/horacio-medina-desaconseja-subasta-de-citgo-y-propone-una-salida-negociada-a-los-acreedores/, along with a certified English translation, as I understand was filed as Exhibit 32 to the Kelley Declaration.

39.    Attached as Exhibit 33 is a true and accurate copy of the Report by the Permanent Commission of Finance and Social Development to the National Assembly of Venezuela of March 20, 2023 on the request for authorization of an additional credit to the Special Fund for the Liberation of Venezuela and Attention of Vital Risk Cases, published in the Venezuelan

Legislative Gazette No. 71 dated March 27, 2023, along with a certified English translation, as I understand was filed as Exhibit 65 to the Forastier Declaration.

40.     Attached as Exhibit 34 is a true and accurate copy of the Special Law Governing the Fund for the Liberation of Venezuela and Attention of Vital Risk Cases adopted by the National Assembly of Venezuela, published in the Venezuelan Legislative Gazette No. 66 and dated January 3, 2023, along with a certified English translation, as I understand was filed as Exhibit 38 to the Forastier Declaration.

41.     Attached as Exhibit 35 is a true and accurate copy of a Twitter post from the "PDVSA AD HOC OFFICIAL" Twitter account, handle @PDVSA_AdHoc, dated November 14, 2022, along with a certified English translation, as I understand was filed as Exhibit 31 to the Forastier Declaration.

42.     Attached as Exhibit 36 is a true and accurate copy of a Twitter post from the "Yon Goicochea" Twitter account, handle @YonGoicochea, dated March 28, 2023, along with a certified English translation, as I understand was filed as Exhibit 55 to the Forastier Declaration.

43.     Attached as Exhibit 37 is a true and accurate copy of a National Assembly press release titled "Jose Hernandez: the Comptroller's Commission of the legitimate AN should concentrate the investigation on the issue of PDVSA" dated March 24, 2023, available at https://www.asambleanacionalvenezuela.org/noticias/jose-hernandez-la-comision-de-contraloria-de-la-an-legitima-debe-concentrar-la-investigacion-en-el-caso-de-pdvsa/, as I understand was filed as Exhibit 43 to the Kelley Declaration.

44.     Attached as Exhibit 38 is a true and accurate copy of a section from PDVSA's website titled "Social Development," available at http://www.pdvsa.com/index.php?option=com _content&view=article&id=6566&Itemid=897&lang=en/, last accessed on July 13, 2023.

45.     Attached as Exhibit 39 is a true and accurate copy of a PDVSA press release titled "Minister Tellechea: 'In Zulia we are doing the right thing' " dated March 29, 2023, available at http://www.pdvsa.com/index.php?option=com_content&view=article&id=9838:ministro-tellechea-en-el-zulia-estamos-haciendo-lo-correcto&catid=10:noticias&Itemid=589&lang=es/, along with a certified English translation, as I understand was filed as Exhibit 56 to the Forastier Declaration.

46.     Attached as Exhibit 40 is a true and accurate copy of a Primicia article titled "*Pdvsa raises diesel price for the industrial sector*" dated July 6, 2023, available at https://primicia.com.ve/economia/pdvsa-sube-precio-del-diesel-para-el-sector-industrial/#:~:text =La%20junta%20directiva%20de%20Pdvsa,0%2C32%20d%C3%B3lares%20el%20litro/, along with a certified English translation, as I understand was filed as Exhibit 40 to the Kelley Declaration.

47.     Attached as Exhibit 41 is a true and accurate copy of a PDVSA press release titled "President Maduro Orders the Strengthening of Energy Alliances with Vietnam" dated March 14, 2023, available at https://www.pdvsa.com/index.php?option=com_content&view=article&id =9832:presidente-maduro-instruye-fortalecer-alianzas-energeticas-con-vietnam&catid=10: noticias&Itemid=589&lang=es/, along with a certified English translation, as I understand was filed as Exhibit 41 to the Kelley Declaration.

48.     Attached as Exhibit 42 is a true and accurate copy of a PanAm Post article titled "PDVSA shipments to Cuba on the rise despite oil output drop" dated November 3, 2022, along with a certified English translation, as I understand was filed as Exhibit 30 to the Forastier Declaration.

49.     Attached as Exhibit 43 is a true and accurate copy of a Reuters article titled "*Venezuela to ship fuel to Cuba on US-blacklisted supertanker*" dated March 13, 2023, as I understand was filed as Exhibit 73 to the Forastier Declaration.

50.     Attached as Exhibit 44 is a true and accurate copy of a Bloomberg article titled "*China, Venezuela Eye Reset on Oil, Debt as the US Stands By*" dated May 2, 2023, available at https://www.bloomberg.com/news/articles/2023-05-02/china-venezuela-eye-reset-on-oil-debt-as-the-us-stands-by?in_source=embedded-checkout-banner/.

51.     Attached as Exhibit 45 is a true and accurate copy of an S&P Global article titled "*US Treasury extends Venezuela wind-down for US oil services companies to Nov. 19*" dated May 23, 2023, available at https://www.spglobal.com/commodityinsights/en/market- insights/latest-news/oil/052323-us-treasury-extends-venezuela-wind-down-for-us-oil-services-   companies-to-nov-19#:~:text=19%3A19%20UTC-US%20Treasury%20extends%20Venezuela%20wind%2Ddown%20for%20US%20oil%20services,19&text=Four%20US%20oil%20services%20companies,Treasury%20Department%20said%20May%2023/.

52.     Attached as Exhibit 46 is a true and accurate copy of a Bloomberg article titled "*Huge Gasoline Queues Return to Venezuela as Fuel Supply Runs Low*" dated June 9, 2023, available at https://www.bloomberg.com/news/articles/2023-06-09/huge-gasoline-queues-return-to-venezuela-as-fuel-supply-runs-low?in_source=embedded-checkout-banner/.

53.     Attached as Exhibit 47 is a true and accurate copy of an excerpt of vessel tracking data for the Maria Cristina vessel for the 2023 calendar year, produced from Kpler, a provider of commodity-markets data and analytics, as I understand was filed as Exhibit 47 to the Kelley Declaration.

54.     Attached as Exhibit 48 is a true and accurate copy of a Twitter post from the "Nicolas Maduro" Twitter account, handle @NicolasMaduro, dated December 21, 2022, along with a certified English translation, as I understand was filed as Exhibit 36 to the Forastier Declaration.

55.     Attached as Exhibit 49 is a true and accurate copy of a PDVSA press release titled "President Maduro: Venezuela is Part of the World's Energy Equation" dated December 1, 2022, available at http://www.pdvsa.com/index.php?option=com_content&view=article&id=9789: president-maduro-venezuela-is-part-of-the-world-s-energy-

equation&catid=10&Itemid=908&lang=en/.

56.     Attached as Exhibit 50 is a true and accurate copy of a Efecto Cocuyo article titled "*Yván Gil sees U.S. decision over Citgo as a 'blow' to Bogotá meeting*" dated May 3, 2023, along with a certified English translation, as I understand was filed as Exhibit 66 to the Forastier Declaration.

57.     Attached as Exhibit 51 is a true and accurate copy of Decree No. 4765 by Nicolás Maduro appointing members of PDVSA's board of directors, published in the special issue of the Venezuelan Official Gazette No. 6731 dated January 9, 2023, along with a certified English translation, as I understand was filed as Exhibit 41 to the Forastier Declaration.

58.     Attached as Exhibit 52 is a true and accurate copy of a PDVSA press release titled "Pedro Rafael Tellechea Appointed as New Minister of Oil" dated March 23, 2023.

59.     Attached as Exhibit 53 is a true and accurate copy of Decree No. 4387 by Nicolás Maduro appointing Erick Jacinto Perez Rodriguez as Vice Minister of Ministry of Petroleum, published in the Venezuelan Official Gazette No. 42028 dated December 14, 2020, along with a certified English translation, as I understand was filed as Exhibit 53 to the Kelley Declaration.

60.     Attached as Exhibit 54 is a true and accurate copy the LinkedIn profile of Erick Jacinto Perez Rodríguez, last accessed on July 10, 2023, available at https://ve.linkedin.com/in/erick-jacinto-p%C3%A9rez-rodr%C3%ADguez-46166695?original_ referer=https%3A%2F%2Fwww.google.com%2F/.

61.     Attached as Exhibit 55 is a true and accurate copy of a Reuters article titled "*Venezuelan parliament passes law to seize assets linked to corruption cases*" dated April 27, 2023, available at https://www.reuters.com/world/americas/venezuelan-parliament-passes-law-seize-assets-linked-corruption-cases-2023-04-27/#:~:text=CARACAS%2C%20April%2027%20(Reuters),PDVSA%20and%20other%20state%20companies/.

62.     Attached as Exhibit 56 is a true and accurate copy a section from PDVSA's website titled "The Industry," last accessed on May 10, 2023, along with a certified English translation, as I understand was filed as Exhibit 60 to the Forastier Declaration.

63.     Attached as Exhibit 57 is a true and accurate copy a Twitter post from the "Petroleos de Venezuela, S.A." Twitter account, handle @PDVSA, dated April 25, 2023, along with a certified English translation., as I understand was filed as Exhibit 57 to the Forastier Declaration.

64.     Attached as Exhibit 58 is a true and accurate copy the Ministry of Petroleum press release titled "PDVSA y Minec Firman Convenio Marco de Cooperacion Interinstitucional en Materia Ambiental" dated June 29, 2023, along with a certified English translation, as I understand was filed as Exhibit 58 to the Kelley Declaration.

65.     Attached as Exhibit 59 is a true and accurate copy of a PDVSA press release titled "They Successfully Carry out the First 3R.Nets Strategic Planning Conference" dated April 25, 2023, available at http://www.pdvsa.com/index.php?option=com_content&view=article&id

16

=9847:realizan-con-exito-primera-jornada-de-planificacion-estrategica-3r-nets&catid=10:

noticias&Itemid=589&lang=es/.

66.     Attached as Exhibit 60 is a true and accurate copy of a PDVSA press release titled "First Working Group with Gas Stations' Representatives Launched" dated February 8, 2023, along with a certified English translation, as I understand was filed as Exhibit 50 to the Forastier Declaration.

67.     Attached as Exhibit 61 is a true and accurate copy of a PDVSA press release titled "Minister Tellechea Presents a Comprehensive Recovery Plan for Production PDVSA-2023" dated May 9, 2023, available at http://www.pdvsa.com/index.php?option=com_content&view =article&id=9856:ministro-de-petroleo-inicia-jornadas-de-planificacion-para-alcanzar-la-recuperacion-integral-productiva-2023&catid=10:noticias&Itemid=589&lang=es/, along with a certified English translation, as I understand was filed as Exhibit 61 to the Kelley Declaration.

68.     Attached as Exhibit 62 is a true and accurate copy of a Globovisión article titled "President Maduro insists Venezuela has the oil the US and Europe need" dated December 6, 2022, along with a certified English translation, as I understand was filed as Exhibit 34 to the Forastier Declaration.

69.     Attached as Exhibit 63 is a true and accurate copy of a PDVSA press release titled "Minister Tellechea holds first meeting with Ministry for Petroleum staff" dated March 23, 2023, along with a certified English translation, as I understand was filed as Exhibit 53 to the Forastier Declaration.

70.     Attached as Exhibit 64 is a true and accurate copy of the Law for the Protection of the Assets, Rights and Interests of the Republic and its Foreign Entities, published in the special

issue of the Venezuelan Official Gazette No. 6,747 dated May 22, 2023, along with a certified English translation, as I understand was filed as Exhibit 63 to the Forastier Declaration.

71.     Attached as Exhibit 65 is a true and accurate copy of a Bloomberg Línea article titled "PDVSA Seeks to Revive Petrocaribe Agreement under New Terms" dated October 8, 2022, available at https://www.bloomberglinea.com/english/pdvsa-seeks-to-revive-petrocaribe-agreement-under-new-terms/#:~:text=PDVSA%20Seeks%20to%20Revive%20Petrocaribe%20Agreement%20Under%20New%20Terms,-Venezuela's%20state%20oil&text=Bloomberg%20%E2%80%94%20Venezuela's%20state%20oil%20company,for%20oil%20and%20refined%20pr o ducts/.

72.     Attached as Exhibit 66 is a true and accurate copy of a Twitter post from the "Nicolas Maduro" Twitter account, handle @NicolasMaduro, dated June 29, 2022, along with a certified English translation, as I understand was filed as Exhibit 66 to the Kelley Declaration.

73.     Attached as Exhibit 67 is a true and accurate copy of a Twitter post from the "Nicolas Maduro" Twitter account, handle @NicolasMaduro, dated May 2, 2023, along with a certified English translation, as I understand was filed as Exhibit 67 to the Kelley Declaration.

74.     Attached as Exhibit 68 is a true and accurate copy of the transcript of the June 26, 2023 hearing in *Contrarian*, D.I. 42.

75.     Attached as Exhibit 69 is a true and accurate copy of an excerpt of the transcript of the March 30, 2023 hearing in *OI Eur. Grp. B.V. v. Bolivarian Republic of Venezuela*, No. 19 Misc. 290 (D. Del.), D.I. 137.

76.     Attached as Exhibit 70 is a true and accurate copy of a fiscal agency agreement dated as of September 3, 1997 among the Republic of Venezuela, Banco Central de Venezuela, as Venezuela's official financial agent, and the Chase Manhattan Bank, as fiscal agent.

77.     Attached as Exhibit 71 is a true and accurate copy of a fiscal agency agreement dated as of August 6, 1998 among the Republic of Venezuela, Banco Central de Venezuela, as Venezuela's official financial agent, and the Chase Manhattan Bank, as fiscal agent, and the amendments thereto.

78.     Attached as Exhibit 72 is a true and accurate copy of a fiscal agency agreement dated as of July 25, 2001 among the Bolivarian Republic of Venezuela, Banco Central de Venezuela, as Venezuela's official financial agent, and Deutsche Bank AG and Bankers Trust Company, as fiscal agents and principal paying agents, and the amendments thereto.

79.     Attached as Exhibit 73 is a true and accurate copy of a press release entitled "Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela," issued by President Donald J. Trump on January 23, 2019, available at https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/.

80.     Attached as Exhibit 74 is a true and accurate copy of an article entitled "*EXCLUSIVE Venezuela swapped PDVSA oil for food, then punished the dealmakers*," published by Reuters on August 24, 2021, available at https://www.reuters.com/world/americas/ exclusive-venezuela-swapped-pdvsa-oil-food-then-punished-dealmakers-2021-08-24/.

81.     Attached as Exhibit 75 is a true and accurate copy of an article entitled "Maduro sube el precio de la gasolina y abre la puerta a la venta en dólares," published by ABC Internacional on May 31, 2020, available at https://www.abc.es/internacional/abci-venezuela-subeprecio-gasolina-y-abre-puerta-venta-dolares-202005310345_noticia.html, along with a certified English Translation, as I understand was filed as Exhibit 4 to the Declaration of Keane A. Barger, submitted

in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 4 ("Barger Declaration").

82.     Attached as Exhibit 76 is a true and accurate copy of an article entitled "Maduro envía a Cuba cuatro cargueros de petróleo en plena escasez nacional de gasolina," published by ABC Internacional on March 30, 2020, available at https://www.abc.es/internacional/abci-maduro-envia-cuba-cuatro-cargueros-petroleo-plena-escasez-nacional-gasolina-202003301846_noticia.html, along with a certified English Translation, as I understand was filed as Exhibit 6 to the Barger Declaration.

83.     Attached as Exhibit 77 is a true and accurate copy of an article entitled, "¿Qué hay detrás del avión venezolano que aterrizó en Atenas?" published by Contexto Diario on March 5, 2019 available at https://contextodiario.com/internacional/que-hay-detras-del-avionvenezolano-que-aterrizo-en-atenas/, as I understand was filed as Exhibit 8 to the Barger Declaration.

84.     Attached as Exhibit 78 is a true and accurate copy of an article entitled "*Kamala to PM: Did PDVSA officials visit T&T in March*?" published by Loop on May 8, 2020, available at https://tt.loopnews.com/content/kamla-pm-did-pdvsa-officials-visit-tt-march.

85.     Attached as Exhibit 79 is a true and accurate copy of an expert declaration from Allan R. Brewer-Carias, as I understand was submitted by PDVSA in *Northrop Grumman Ship Sys., Inc., v. Ministry of Def. of the Republic of Venezuela*, No. 20 Misc. 257 (D. Del.), D.I. 33.

86.     Attached here to as Exhibit 80 is a true and accurate copy of a press release entitled "United States Government Continues Pressure on Former Maduro Regime," issued by the U.S. Department of the Treasury on January 21, 2020, available at https://home.treasury.gov/news/press-releases/sm884.

87.     Attached as Exhibit 81 is a true and accurate copy of an article entitled "*Maduro taps US fugitive to revamp Venezuela oil industry*," published by ABC News on April 27, 2020, available at https://abcnews.go.com/International/wireStory/maduro-taps-usfugitive-revamp-venezuela-oil-industry-70369847.

88.     Attached as Exhibit 82 is a true and accurate copy of a press release entitled "The Presidential Commission 'Alí Rodríguez Arague' for the Defense, Restructuring and Reorganization of the Oil Industry," issued by Petróleos de Venezuela, S.A., on February 20, 2020, available at http://www.pdv.com/index.php?option=com_content &view=article&id=9472:the-presidential-commission-ali-rodriguez-araque-for-the-defenserestructuring-and-reorganization-of-the-oil-industry&catid=10:news&Itemid=908&lang=en.

89.     Attached as Exhibit 83 is a true and accurate copy of an article entitled "Maduro ordenó a trabajadores de Pdvsa atacar a Guaidó por sanciones a Rosneft," published by El Nacional on February 19, 2020, available at https://www.elnacional.com/venezuela/ maduro-ordeno-a-trabajadores-de-pdvsa-atacar-a-guaido-por-sanciones-a-rosneft/, along with a certified English translation, as I understand was filed as Exhibit 14 to the Barger Declaration.

90.     Attached as Exhibit 84 is a true and accurate copy of an article entitled "PDVSA worker arrested after criticism of Venezuela's Maduro, says union leader," published by Reuters on May 11, 2020, available at https://www.reuters.com/article/venezuela-pdvsa-idUSL1N2CT18W.

91.     Attached as Exhibit 85 is a true and accurate copy of an article entitled "Venezuela to move state oil firm PDVSA office from Lisbon to Moscow," published by Reuters on March 1, 2019, available at https://www.reuters.com/article/us-venezuela-politicsrussia-pdvsa-idUSKCN1QI4BM.

92.     Attached as Exhibit 86 is a true and accurate copy of a tweet, published on twitter.com on February 10, 2021, by Petróleos de Venezuela, S.A., along with a certified English translation, as I understand was filed as Exhibit 18 to the Barger Declaration.

93.     Attached as Exhibit 87 is a true and accurate copy of a tweet, published on twitter.com on December 15, 2020, by Petróleos de Venezuela, S.A., along with a certified English translation, as I understand was filed as Exhibit 20 to the Barger Declaration.

94.     Attached as Exhibit 88 is a true and accurate copy of a tweet, published on twitter.com on February 15, 2021, by Petróleos de Venezuela, S.A., , along with a certified English translation, as I understand was filed as Exhibit 22 to the Barger Declaration

95.     Attached as Exhibit 89 is a true and accurate copy of an agreement, entered into on April 9, 2019, by the National Assembly of the Bolivarian Republic of Venezuela entitled "Acuerdo En Desconocimiento De La Sentencia De La Sala Plena Del Ilegítimo Tribunal Supremo De Justicia Que Pretende Incriminar Al Primer Vicepresidente De La Asamblea Nacional, Diputado Edgar José Zambrano Ramírez Y En Desconocimiento De Cualesquiera Atentados En Contra De La Inmunidad Parlamentaria De Los Diputados De La Asamblea Nacional," available at https://asambleanacional-media.s3.amazonaws.com/documentos/acto/acto_1568039172.pdf, along with a certified English translation, as I understand was filed as Exhibit 24 to the Barger Declaration

96.     Attached as Exhibit 90 is a true and accurate copy of the Statute to Govern a Transition to Democracy to Reestablish the Full Force and Effect of the Constitution of the Bolivarian Republic of Venezuela (Democracy Transition Statute), enacted by the National Assembly of the Bolivarian Republic of Venezuela on February 5, 2019, along with a certified

translation, as I understand was filed as Exhibit 1 to the Declaration of Luis A. Pacheco in *Crystallex*, D.I. 185-1.

97.     Attached as Exhibit 91 is a true and accurate copy of an article entitled "*Venezuela's congress to voice concern to U.S. over Nynas sanctions removal*," published by Reuters on May 13, 2020, available at https://www.reuters.com/article/venezuela-pdvsanynas-usa-idUSL1N2CV2RZ.

98.     Attached as Exhibit 92 is a true and accurate copy of the Memorandum Of Law In Support Of Plaintiffs' Motion For Summary Judgment filed in *Petróleos de Venezuela, S.A. v. MUFG Union Bank, N.A.*, No. 19-cv-10023 (S.D.N.Y.), D.I. 95.

99.     Attached as Exhibit 93 is a true and accurate copy of an article entitled "*Citgo should be run by an independent trust, Venezuela opposition figure says*," published by Reuters on July 29, 2021, available at https://www.reuters.com/business/energy/citgo-should-be-runby-an-independent-trust-venezuela-opposition-figure-says-2021-07-29/.

100.     Attached as Exhibit 94 is a true and accurate copy of the Guidelines For The Renegotiation Of The Chavez/Maduro Era Legacy Public External Debt, published on July 1, 2019, by the Office of the Special Attorney General of the Bolivarian Republic of Venezuela, available at https://www.creditslips.org/files/wp-deuda-oper-eng.pdf.

101.     Attached as Exhibit 95 is a true and accurate copy of a press release entitled "PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S.," issued by the National Assembly of the Bolivarian Republic of Venezuela on August 5, 2020, available at https://presidenciave.com/international/pdvsas-ad-hoc-board-ofdirectors-highlights-the-transparent-management-of-its-subsidiaries-in-the-u-s/.

102.    Attached as Exhibit 96 is a true and accurate copy of a press release entitled "NY District Court responds favorably to the appeal of the Interim Government with a ruling that prevents holders of the PDVSA 2020 Bond from acting against CITGO's assets," issued by the National Assembly of the Bolivarian Republic of Venezuela on December 29, 2020, available at https://presidenciave.com/embassies/ny-district-court-responds-favorably-to-the-appeal-of-the-interim-government-with-a-ruling-that-prevents-holders-of-the-pdvsa-2020-bond-fromacting-against-citgos-assets/.

103.    Attached as Exhibit 97 is a true and accurate copy of a press release titled "President (e) Guaidó after court ruling on PDVSA 2020 bonds: 'CITGO remains protected,'" issued by the National Assembly of the Bolivarian Republic of Venezuela on October 17, 2020, available at https://presidenciave.com/presidency/president-e-guaido-after-court-rulingon-pdvsa-2020-bonds-citgo-remains-protected/.

104.    Attached as Exhibit 98 is a true and accurate copy of an article titled "*US shields CITGO from creditors in win for Venezuela's Guaido*," published by Curaçao Chronicle on October 25, 2019, available at https://www.curacaochronicle.com/post/main/us-shieldscitgo-from-creditors-in-win-for-venezuelas-guaido/.

105.    Attached as Exhibit 99 is a true and accurate copy of the Declaration Of Jason Myatt filed in *Crystallex*, D.I. 4.

106.    Attached as Exhibit 100 is a true and accurate copy of exhibits to the Declaration Of Jason Myatt filed in *Crystallex*, D.I. 4-1.

107.    Attached as Exhibit 101 is a true and accurate copy of exhibits to the Declaration Of Jason Myatt filed in *Crystallex*, D.I. 4-2.

108.    Attached as Exhibit 102 is a true and accurate copy of exhibits to the Declaration Of Jason Myatt filed in *Crystallex*, D.I. 4-3.

109.    Attached as Exhibit 103 is a true and accurate copy of exhibits to the Declaration Of Jason Myatt filed in *Crystallex*, D.I. 5-1.

110.    Attached as Exhibit 104 is a true and accurate copy of the Declaration Of Robert A. Fung filed in *Crystallex*, D.I. 6, as well as exhibits 1 and 2 to the Declaration.

111.    Attached as Exhibit 105 is a true and accurate copy of the Declaration Of Dr. Roberto Rigobon filed in *Crystallex*, D.I. 7, as well as exhibit 1 to the Declaration.

112.    Attached as Exhibit 106 is a true and accurate copy of the Declaration Of Jose Ignacio Hernandez filed in *Crystallex*, D.I. 8.

113.    Attached as Exhibit 107 is a true and accurate copy of the Second Declaration Of Keane A. Barger filed in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 30, and accompanying exhibits.

114.    Attached as Exhibit 108 is a true and accurate copy of the Declaration Of Julia B. Mosse filed in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 23.

115.    Attached as Exhibit 109 is a true and accurate copy of exhibits to the Declaration Of Julia B. Mosse filed in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 23-1.

116.    Attached as Exhibit 110 is a true and accurate copy of the exhibits to the Declaration Of Julia B. Mosse filed in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 24.

117.    Attached as Exhibit 111 is a true and accurate copy of the exhibits to the Declaration Of Julia B. Mosse filed in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 25.

118.    Attached as Exhibit 112 is a true and accurate copy of the exhibits to the Declaration Of Julia B. Mosse filed in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 26.

119.    Attached as Exhibit 113 is a true and accurate copy of the exhibits to the Declaration Of Julia B. Mosse filed in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 27.

120.    Attached as Exhibit 114 is a true and accurate copy of the exhibits to the Declaration Of Julie B. Mosse filed in *ACL1 Investments Ltd. et al. v. Bolivarian Republic of Venezuela*, C.A. No. 21-mc-46, D.I. 28.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed: August 2, 2023

                                          */s/ Stephen B. Brauerman*
Wilmington, Delaware                      Stephen B. Brauerman